No. 739. HARRISON ET AL. *v.* BARNGROVER ET AL. April 1, 1935. Petition for writ of certiorari to the Texas Court of Civil Appeals denied. *Mr. William D. Gordon* for petitioners. *Messrs. Will E. Orgain* and *E. B. Pickett* for respondents.

No. 742. FLAT-MARKS REALTY CORP. *v.* SILVER LUNCH STORES, INC. April 1, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Meyer Kraushaar* for petitioner. *Mr. Joseph Sterling* for respondent.

No. 565. CUSICK *v.* WHIPP, WARDEN. 293 U. S. 623. January 21, 1935. Petition for rehearing denied.

No. 161. UNITED STATES *v.* SPAULDING. 293 U. S. 498. February 4, 1935. Petition for rehearing denied.

No. 234. UNITED STATES EX REL. CHICAGO GREAT WESTERN R. CO. ET AL *v.* INTERSTATE COMMERCE COMMISSION ET AL. *Ante,* p. 50. February 4, 1935. Petition for rehearing denied.

No. 545. HIGHWAY TRAILER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. 293 U. S. 626. February 4, 1935. Petition for rehearing denied.

No. 581. CARSON ET AL. *v.* LONG-BELL LUMBER CORP. ET AL. *Ante,* p. 707. February 4, 1935. Petition for rehearing denied.